Ernest R. Shippee et al., appellants, v. Bank of America et al., appellees. Gen. No. 32,829.

Opinion filed December 31, 1928.

Bradley, Williams, Harper & Farrell, for appellants; C. Arch Williams and Samuel A. Harper, of counsel. Newman, Poppenhusen, Stern & Johnston, for appellees; Lawrence A. Cole and A. K. Orschel, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Luella Bonfonte, defendant in error, v. William Smillie and Abe Jacobs, plaintiffs in error. Gen. No. 32,853.

Opinion filed December 31, 1928. Rehearing denied and additional opinion filed January 11, 1929.

Alonzo H. Ranes and Corinne L. Rice, for plaintiff in error Abe Jacobs. H. H. Patterson and C. C. Bodenstab, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

Seymour Lewis, appellee, v. Esther Liebsohn, appellant. Gen. No. 32,862.

Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

Clark & Clark and Edward M. Keating, for appellant; Russell S. Clark, of counsel. Epstein, Feiwell, Arvey & Sachs, for appellee; Louis M. Mantynband, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Max Kushner and Fred K. Hamilton, trading as Kushner & Hamilton, appellees, v. Isadore Saltzman et al., defendants, on appeal of General Wrecking & Lumber Company, intervening petitioner, appellant. Gen. No. 32,712.

Opinion filed December 31, 1928.

Soelke, Koehn & Loewy, for appellant. Richard R. Klein, for appellee Foreman Trust & Savings Bank; Mayer, Meyer, Austrian & Platt, for certain appellees.

Mr. Justice Scanlan delivered the opinion of the court.